

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-95,190-01

### EX PARTE MONIQUE YOLANDA DAVIS, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. 1171765-A IN THE 174TH DISTRICT COURT
## FROM HARRIS COUNTY

*Per curiam*. **Yeary, J., filed a dissenting opinion joined by Finley, J.**

## O P I N I O N

Applicant was convicted of possession of a controlled substance and sentenced to confinement. Through habeas counsel, Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that her guilty plea was involuntary because she did not know of the bad acts of the police officer who implicated her in this alleged offense. The State and the trial court agree that Applicant's plea was involuntary. *Ex parte Mathews*, 638 S.W.3d 685 (Tex. Crim. App. 2022); *Ex parte Coty*, 418 S.W.3d 597 (Tex. Crim. App. 2014). The State and the trial court both recommend granting relief. We agree. Applicant is entitled to relief.

Relief is granted. The judgment in cause number 1171765 in the 174th District Court of Harris County is set aside. Applicant shall answer the charges as set out in the information. The trial court shall issue any necessary orders within ten days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: February 5, 2025
Do not publish